**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| ERIC SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:12-cv-173-JMS-WGH |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry and Order Directing Dismissal of Action**

**I.**

Eric Smith is serving the executed sentence imposed by an Indiana state court following his conviction for arson. *See Smith v. State,* 779 N.E.2d 978 (Ind. Ct. App. 2002), *trans. denied*. He has filed the present action seeking a writ of habeas corpus challenging a prison disciplinary proceeding.

Because of his abusive litigation in federal courts, Smith has been sanctioned through the issuance of a species of restricted filer orders. The Order in Smith₌s case was issued by the Seventh Circuit Court of Appeals in No. 09-2444 on June 10, 2009. The text of the restrictive filer Order is the following:

> Smith is fined $500. Until he pays that sum in full to the clerk of this court, he is barred from filing further civil suits in the courts of this circuit, in accordance with *Support Systems International v. Mack,* 345 F.3d 185 (7th Cir. 1995).

Smith violated the Court of Appeals₌ Order in No. 09-2444 by submitting this action. The action is dismissed. Judgment dismissing the action without prejudice shall now issue.

## II.

The petitioner's request to proceed *in forma pauperis* [3] is **granted**.

## III.

The petitioner's motion for file-stamped copies [4] is **granted**. A copy of the petition for a writ of habeas corpus and a copy of the notice of jurisdictional statement shall be included with the petitioner's copy of this Entry.

**IT IS SO ORDERED.**

Date: _____06/26/2012_____

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Eric D. Smith**
**#112675**
**Westville Correctional Facility**
**5501 South 1100 West**
**Westville, IN 46391**